# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2018

154565 (84)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                         SC: 154565
                                         COA: 325569
                                         Wayne CC: 13-009087-FC

LAVERE DOUGLAS-LE BRYANT,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's May 16, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2018



t0627

Clerk